# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 636 |
| | : | |
| ORDER AMENDING RULE | : | CIVIL PROCEDURAL RULES |
| 1042.3 OF THE PENNSYLVANIA | : | |
| RULES OF CIVIL PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2016, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(b):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1042.3 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.